**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

AYESHA BOYLAND,

       Plaintiff,

v.                                                Case No: 6:17-cv-1152-Orl-40KRS

FAHRENHEIT PLUMBING, LLC,

       Defendant.
_____/

## ORDER

This cause is before the Court on the parties' Joint Motion for Approval of FLSA Settlement (Doc. 17) filed on August 24, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that a Notice of Non-Objection to Report and Recommendations [DE 18] to Joint Motion for Approval of FLSA Settlement [DE17], (Doc. 20) was filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 7, 2017 (Doc. 18), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of FLSA Settlement (Doc. 17) is **GRANTED IN PART**.

3. The settlement agreement language in paragraph 12 of the agreement permitting the parties to amend, modify, alter or change the settlement agreement "by a

written agreement which is both signed by all parties and which makes specific reference to this Agreement" is **SEVERED**. (Doc. 17-1, at 6 ¶ 12).

4. The Court **FINDS** that the settlement agreement, as amended above, is a fair and reasonable resolution of a bona fide dispute under the FLSA.

5. Counsel for Defendant **SHALL** deliver to Plaintiff and her attorneys by Friday, September 22, 2017 the settlement sums to hold in trust.

6. This case is **DISMISSED with prejudice**.

7. The Court **DECLINES** to reserve jurisdiction to enforce the settlement agreement.

8. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on September 15, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties